IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


P.M.C. CONSTRUCTION, INC.                                            PLAINTIFF


V.                                 Case No. 06-CV-1104


GEORGIA PACIFIC CORPORATION            DEFENDANT/COUNTER PLAINTIFF

V.

P.M.C. CONSTRUCTION, INC.                            COUNTER DEFENDANT

## ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant Georgia-Pacific

LLC, previously known as Georgia-Pacific Corporation. (Doc. 59).  Plaintiff P.M.C. Construction,

Inc., has responded.  (Doc. 63).  Georgia-Pacific LLC has filed a reply to P.M.C Construction, Inc.'s

response.  (Doc. 65).  For reasons discussed in the Memorandum Opinion of even date, the Court

finds that Georgia-Pacific LLC's Motion for Summary Judgment should be and hereby is

**GRANTED**.  P.M.C. Construction, Inc's breach-of-contract claim against Georgia-Pacific LLC is

hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 20th day of November, 2008.


                                            /s/ Harry F. Barnes
                                        Hon. Harry F. Barnes
                                        United States District Judge